XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
ALLISON M. LOW
Deputy Attorney General
State Bar No. 273202
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3589
  Fax: (415) 703-5843
  E-mail: Allison.Low@doj.ca.gov
*Attorneys for Defendant*
*S. Torres*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **FREDERICK BROWN,**<br><br>                        Plaintiff,<br><br>v.<br><br>**S. TORRES,**<br><br>                        Defendant. | Case No. 5:18-cv-04440-BLF (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

    Defendant Torres requests a 120-day extension of time, up to and including July 2, 2019, in which to file and serve a dispositive motion or to indicate that this case cannot be resolved by such a motion. The Court considered the request and counsel's accompanying declaration, and finds that good cause exists to grant the extension.

    IT IS HEREBY ORDERED that Defendant's request for an extension of time is GRANTED, and that the time to file a dispositive motion or indicate that this case cannot be resolved by such a motion is extended for 120 days, up to and including July 2, 2019. If Defendant files a dispositive motion, Plaintiff's opposition shall be filed with the Court no later

1

Order Granting Def.'s Mot. to Change Time to File Disp. Mot. (5:18-cv-04440-BLF)

than 28 days after the date on which Defendant's motion is filed and Defendant shall file a reply brief no later than 14 days after the date Plaintiff's opposition is filed.

Dated: March 6, 2019

_____
The Honorable Judge Beth Labson Freeman

SF2018401331
42128362.docx

2

Order Granting Def.'s Mot. to Change Time to File Disp. Mot. (5:18-cv-04440-BLF)